**288 HAHN vs. CIRCUIT JUDGE (Wayne), No. 14025½.**

To vacate an order incrasing bail from the sum of $500, fixed by the justice before whom the examination was had, to $2,000, on complaint for selling liquor without having paid the tax.

Order to show cause denied February 13, 1894.

**289 IVES vs. CIRCUIT JUDGE (Muskegon), 40 M., 63.**

To compel respondent to proceed with the trial of a case after an injunction to restrain it had been granted.

Denied January 8, 1879.

**290 HEATH vs. CIRCUIT JUDGE (Kent), 37 M., 372.**

To compel the court to resume control of a case after ordering its transfer to Superior Court, pending a hearing of the case.

Granted October 16, 1877.

**291 PASSMORE vs. CIRCUIT JUDGE (Saginaw), 54 M., 237.**

To transfer a cause in a case where the circuit judge in the exercise of his statutory power had passed upon certain disputed facts respecting such transfer.

Denied June 19, 1884.

**292 MACLEAN vs. CIRCUIT JUDGE (Wayne), 52 M., 257.**

To vacate order restraining proceedings in the Superior Court of Detroit.

Granted February 8, 1884.

Relator had recovered judgment in the Superior Court. A new trial had been denied therein. Defendant then filed a bill in the Wayne Circuit, alleging misconduct of the jury in the principal suit, and praying for the cancellation of the judgment.